THE COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, Repondent, *v.* WILLIAM H. FARLEY, Appellant.

*Comr. of Public Charities of N. Y. City* v. *Farley,* 119 App. Div. 894, affirmed.
(Submitted November 18, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 3, 1907, which affirmed an order of filiation of the Court of Special Sessions in the city of New York adjudging the defendant to be the father of the unborn child of the complainant Margaret Pendergast.

*Thomas C. Whitlock* for appellant.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, without costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.